*Heron Bay*
*Hero Gate*
*Rental*

# BROWARD COUNTY SHERIFF'S OFFICE
P.O. BOX 9507   FORT LAUDERDALE, FLORIDA 33310

## RETURN OF SERVICE

| Assignment | ** CLASS ACTION ** | Service Sheet # | 16-054044 |
|---|---|---|---|

| PLAINTIFF | | | |
|---|---|---|---|
| MICHAEL RYAN PEACOCK, ET. AL. vs. YAKIM MANASSEH JORDAN | | | 16-CV-04353-CAP |
| SUM/COMPLAINT/OS | VS. | DISTRICT/ DEFENDANT | CASE |

| TYPE OF WRIT | | COURT | HEARING DATE |
|---|---|---|---|
| JORDAN, YAKIM MANASSEH | SERVE | 12220 NW 68 COURT PARKLAND, FL 33076 | |

**Received this process on** 11/28/2016
Date

449777
NEY HOFFECKER PEACOCK & HAYLE, LLC
1360 PEACHTREE STREET NE, SUITE 1010
ATLANTA, GA 30309

M. R. PEACOCK, ESQ.
9884         Attorney
JORDAN, YAKIM MANASSEH

☐ Served

☑ Not Served – see comments

12/20/16  at  2:16 PM
Date        Time

On JORDAN, YAKIM MANASSEH _____, in Broward County, Florida, by serving the within named person a true copy of the writ, with the date and time of service endorsed thereon by me, and a copy of the complaint, petition, or initial pleading, by the following method:

☐ **INDIVIDUAL SERVICE**

**SUBSTITUTE SERVICE:**

☐ At the defendant's usual place of abode on "any person residing therein who is 15 years of age or older", to wit:

_____, in accordance with F.S. 48.031(1)(a)

☐ To _____, the defendant's spouse, at _____ in accordance with F.S. 48.031(2)(a)

☐ To _____, the person in charge of the defendant's business in accordance with F.S. 48.031(2)(b), after two or more attempts to serve the defendant have been made at the place of business

**CORPORATE SERVICE:**

☐ To _____, holding the following position of said corporation _____ in the absence of any superior officer in accordance with F.S. 48.081

☐ To _____, an employee of defendant corporation in accordance with F.S. 48.081(3)

☐ To _____, as resident agent of said corporation in accordance with F.S. 48.091

☐ **PARTNERSHIP SERVICE:** To _____, partner, or to _____, designated employee or person in charge of partnership, in accordance with F.S. 48.061(1)

☐ **POSTED RESIDENTIAL:** By attaching a true copy to a conspicuous place on the property described in the complaint or summons. Neither the tenant nor a person residing therein 15 years of age or older could be found at the defendant's usual place of abode in accordance with F.S. 48.183

1st attempt date/time: _____   2nd attempt date/time: _____

☐ **POSTED COMMERCIAL:** By attaching a true copy to a conspicuous place on the property in accordance with F.S. 48.183

1st attempt date/time: _____   2nd attempt date/time: _____

☐ **OTHER RETURNS:** See comments

COMMENTS: DRPX37 Blk Tahoe, AUYQ83 Bentley  Blk Mercedes
EBEN90, Blk Bentley HCLY45, 12/18/16 2:30 PM
Pre/Robert Seibel 917-885-2610 owner * cert form attached

You can now check the status of your writ
by visiting the Broward Sheriff's Office
Website at www.sheriff.org and clicking
on the icon "Service Inquiry"

SCOTT J. ISRAEL, SHERIFF
BROWARD COUNTY, FLORIDA

BY: _____ 83K   D.S.

ORIGINAL

| RECEIPT INFORMATION | EXECUTION COSTS | DEMAND/LEVY INFORMATION |
|---|---|---|
| RECEIPT #: 16-054044 | DOCKET & INDEX $0.00 | JUDGMENT DATE: 00/00/0000 |
| CHECK #: 2117 | LEVYING | JUDGMENT AMT.: $0.00 |
| SVC FEE: $50.00 | ADVERTISING | INTEREST PERCENT 0% |
| SUS FEE: $0.00 | HOLDING SALE | INTEREST AMOUNT |
| QUANTITY: 1 | POSTAGE $0.00 | SHERIFF'S COST $50.00 |
| ORIG: 1 | BILL OF SALE $50.00 | TOTAL AMOUNT: $50.00 |
| SVCS: | TOTAL: | |

SO# C1 (REV. 1/2013)         ORIGINAL



**Broward Sheriff's Office/Civil Division**
**Return of Service Affidavit (Continuation Form)**

Service Sheet #:_____
Court Case :_____

Deputy/CCN: MCCAFFERTY, RITA          /8312          Date: 12-20-16   Time: 9:56      ☑ am/ ☐ pm

ON 12-19-16 AT 2:10 PM I APPROCHED THE HOUSE AT 12220 NW 68 CT PARKLAND, FL ALL CARS LISTED

WERE IN DRIVEWAY AS I GOT CLOSER I OBSERVED A WHITE MALE 6'2" 250 25-35 YEARS OLD.  HE WAS OPENING

THE CAR DOOR AND PUTTING SOMETHING INSIDE. i APPPROCHED HIM I ASK HIM IF HE WAS MR JORDAN.  HE SAID NO AND HE

DIDN'T KNOW MR JORDAN.  I ASKED ABOUT CAR HE SAID IT WAS HIS I TOLD HIM I NEW CARS WERE REGISTERED TO MR.

JORDAN AND WAS HE IN THE HOUSE AGAIN HE SAID HE DIDN'T KNOW MR JORDAN AND WALKED AROUND

BACK OF HOUSE.  I LEFT MY CARD ON FRONT DOOR.

LATER THAT DAY I RECEIVED A CALL FROM MR ROBERT SIEDEL ATTORNEY (917-885-2610_ WHO IS THE REPRESENTITIVE

OF PROERTY KINGDOM MINISTRIES @ 12220 NW 68 CT PKLD.  SEE ENCLOSED PROPERTY APPRISER PRINTOUT FOR

PROPERTY OWNERSHIP.  MR SIEDEL GAVE ME AN ADDRESS IN NEW JERSEY AND STATED THE MR JORDAN IS REARLY

IN FLORIDA TRAVELS ALOT TRY HIM AT      1 HIGH MEADOWS RD

SADLE RIVER,  N.J. 07458

Scott Israel, Sheriff
**Broward County, Florida**

By: _____D.S.