Civil Action No. 1:16-cv-4353

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Yakim Manasseh Jordan__
was received by me on *(date)* __1/9/2017__ .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* __John Doe/resident/family member__ at __1 High Meadows Rd. Saddle River, NJ 07458__ a person of suitable age and discretion who resides there, on *(date)* __1/10/2017__, and mailed a copy to the individual's last known address at __12220 NW 68th Ct, Parkland, FL 33076-3340__; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __1/12/2017__

*Server's signature*

Manny Bayo, Process Server
*Printed name and title*

125 Long Hill Rd 26A
Little Falls NJ 07424

*Server's address*

Additional information regarding attempted service, etc:
Recipient identified himself as the home owner but did not provide his name. He stated that no such person lives at this address and that he does not know anyone by that name. The recipient served was a black male, 5'11, 240lbs, bald, had an accent.

**A search of the Bergen County, NJ real property records revealed that the home is currently owned by Bernard Jordan. Bernard Jordan is the father of Yakim Manasseh Jordan.**