AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| MICHAEL RYAN PEACOCK, Individually and On Behalf of All Others Similarly Situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> YAKIM MANASSEH JORDAN <br><br> *Defendant(s)* | Civil Action No. 1:16-cv-4353-MHC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  YAKIM MANASSEH JORDAN a/k/a PROPHET MANASSEH JORDAN
3401 NE 165TH ST
NORTH MIAMI BEACH, FL 33160-3812
MIAMI-DADE COUNTY

ALTERNATE ADDRESS:
YAKIM MANASSEH JORDAN
17121 COLLINS AVE APT 3903
SUNNY ISLES BEACH, FL 33160-4369
MIAMI-DADE COUNTY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Michael Ryan Peacock
   Ney Hoffecker Peacock & Hayle, LLC
   1360 Peachtree Street NE
   Suite 1010
   Atlanta, GA 30309

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 02/07/2017

s/Jill Ayers
*Signature of Clerk or Deputy Clerk*