IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| MICHAEL RYAN PEACOCK,<br>Individually and On Behalf of All<br>Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>YAKIM MANASSEH JORDAN,<br><br>　　　　Defendant. | CIVIL ACTION<br><br>NO. 1:16-cv-04353-MHC |

**PLAINTIFF'S MOTION FOR CLASS
CERTIFICATION AND FOR APPOINTMENT OF CLASS COUNSEL**

Pursuant to Federal Rule of Civil Procedure 23 and Local Rule 23.1(B), Plaintiff, Michael Ryan Peacock, respectfully moves this Court for an order (i) certifying this action as a class action, (ii) appointing Plaintiff as the Class Representative, (iii) appointing Michael Ryan Peacock, Esq., an attorney at the law firm of Ney Hoffecker Peacock & Hayle, LLC, as Class Counsel, and (iv) granting such further relief as this Court deems reasonable and just. In support of this Motion, Plaintiff submits the attached Memorandum of Law.

2

Respectfully submitted this 25th day of February 2017.

                                        s/ Michael Ryan Peacock
                                        Counsel for Plaintiff

NEY HOFFECKER PEACOCK & HAYLE, LLC
One Midtown Plaza, Suite 1010
1360 Peachtree Street N.E.
Atlanta, Georgia 30309
404-760-7396
470-225-6646 Fax
michael@nhphlaw.com