# CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND FOR APPOINTMENT OF CLASS COUNSEL and MEMORANDUM OF LAW IN SUPPORT upon all parties by depositing copies of same in the United States mail in an envelope with sufficient postage thereon addressed as follows:

>Yakim Manasseh Jordan
>c/o Robert Seibel
>3019 Exeter B
>Boca Raton, FL 33434
>
>Yakim Manasseh Jordan
>12220 NW 68th Ct.
>Parkland, FL 33076-3340

Dated: February 25, 2017          Respectfully submitted,

s/ Michael Ryan Peacock
Counsel for Plaintiff
Georgia Bar No. 001356

NEY HOFFECKER PEACOCK & HAYLE, LLC
One Midtown Plaza, Suite 1010
1360 Peachtree Street N.E.
Atlanta, Georgia 30309
404-760-7396
470-225-6646 Fax
michael@nhphlaw.com