## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| MICHAEL RYAN PEACOCK,<br>Individually and On Behalf of All<br>Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>YAKIM MANASSEH JORDAN,<br><br>    Defendant. | CIVIL ACTION<br><br>NO.  1:16-cv-04353-MHC |

## REQUEST FOR ENTRY OF DEFAULT

Comes now Plaintiff and hereby requests the Clerk to enter a default against the defendant, Yakim Manasseh Jordan, on the basis that the record in this case, including the Affidavit of Michael Ryan Peacock, filed concurrently herewith, demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:  March 15, 2017      Respectfully submitted,

                                          s/ Michael Ryan Peacock
                                          *Pro se* Plaintiff
                                          Georgia Bar No. 001356

2

Ney Hoffecker Peacock & Hayle, LLC
One Midtown Plaza, Suite 1010
1360 Peachtree Street N.E.
Atlanta, Georgia 30309
404-760-7396
470-225-6646 Fax
michael@nhphlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing REQUEST FOR ENTRY OF DEFAULT upon all parties by depositing copies of same in the United States mail in an envelope with sufficient postage thereon addressed as follows:

>Yakim Manasseh Jordan
>c/o Robert Seibel
>3019 Exeter B
>Boca Raton, FL 33434
>
>Yakim Manasseh Jordan
>12220 NW 68th Ct.
>Parkland, FL 33076-3340
>
>Yakim Manasseh Jordan
>1 High Meadows Road
>Sadle River, NJ 07458

Dated: March 15, 2017          Respectfully submitted,

>s/ Michael Ryan Peacock
>Counsel for Plaintiff
>Georgia Bar No. 001356

NEY HOFFECKER PEACOCK & HAYLE, LLC
One Midtown Plaza, Suite 1010
1360 Peachtree Street N.E.
Atlanta, Georgia 30309
404-760-7396
470-225-6646 Fax
michael@nhphlaw.com