# RETURN OF SERVICE

## United States District Court -Northern          State of Georgia

**Michael Ryan Peacock, Individually and on Behalf of All Others Similarly Situated**

    Plaintiff

vs.

**Yakim Manasseh Jordan**

    Defendant

Attorney:

Ney Hoffecker Peacock & Hayle, LLC
One Midtown Plaza, Suite 1010
Atlanta, GA. 30309

**Case Number:** 1:16-cv-4353

Legal documents received by Accurate Serve Jacksonville on January 09th, 2017 at 3:02 PM to be served upon **Yakim Manasseh Jordan at 12220 NW 68th Ct, Parkland, FL. 33076**

I, Roy J. Bates, swear and affirm that on **January 21st, 2017 at 6:38 PM**, I did the following:

**Substitute** Served by leaving a conformed copy of this **Summons in a Civil Action, Verified Complaint - Class Action, Civil Cover Sheet** at the within named person's usual place of residence, to a person residing therein who is at least 15 years of age or older to wit: **John Doe, CORESIDENT** and informing that person of the contents of the documents. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Description of Person Accepting Service:**
Sex: Male   Age: 29   Height: 6'3   Weight: 300LBS   Skin Color: BLACK   Hair Color: BLACK   Glasses: N

**Supplemental Data Appropriate to this Service:**
John Doe answered. When initially speaking to John Doe at the door he declined to answer any questions, closed the door, and told server to leave now through the window. Server left, and was sitting in front of the home in the street in his car writing down a few notes then John Doe came out to servers car with a black female (Jane Doe), and they both asked " why I was still there?" Server told them the truth and showed them server ID and explained role as a process server. Then Jane Doe proceeded to ask server for a business card. Server answered with a question: I asked John and Jane Doe for their names and asked them if they had a card for me? John Doe then stated:" that you are at my residence why should I give you a card?". Subjects walked back to residence. Server then read the contents of the documents out loud and notified John Doe that he was served as a co-resident of Yakima M. Jordan per Florida Statue 48.31. and left the documents in a secure and conspicuous place by the front door on the handle. Server also noted tags of car vehicles in front of home: Tags DRPX31, AUXQ83, EBEN20, HCLY45

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and/or that I am legally authorized to serve court documents within the above named circuit / county.

_Roy J. Bates_ (signature)
Roy J. Bates
Process Server, # 1383

Accurate Serve Jacksonville
4446 Hendricks Avenue, Suite 207
Jacksonville, FL 32207

(904) 735-7810

Internal Job ID: 2017000083

Reference Number: 2017000026

The foregoing instrument was acknowledged before me on this __1__ day of __February 2017__, 2017, by __Roy Bates__, who is personally known to me or who has produced __FDL__ as identification.

Joshua Wright
Notary Printed Name     Notary Signature

02-03-2020
Commission Expiration Date

JOSHUA M WRIGHT
NOTARY PUBLIC-STATE OF FLORIDA
COMM. # FF 957111
MY COMM. EXPIRES 02-03-2020

Copyright © 2014 Process Server Central, LLC. US Pat. 8,396,765. All Rights Reserved.