**UNITED STATES POSTAL SERVICE**

**EXHIBIT D**

Date: March 1, 2017

Michael Peacock:

The following is in response to your March 1, 2017 request for delivery information on your Adult Sig Restr Del™ item number 9468203699300000587829.  The delivery record shows that this item was delivered on March 1, 2017 at 1:58 pm in POMPANO BEACH, FL  33076 to Y JORDAN. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service