**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

MICHAEL RYAN PEACOCK,      )
Individually and on behalf of all others    )
similarly situated,        )
             )
      Plaintiffs,        )
             )
v.              )    Civil Action File No.
             )    1:16-CV-04353-MHC
YAKIM MANASSEH JORDAN,     )
             )
      Defendant.        )
_____ )

## <u>NOTICE OF APPEARANCE</u>

COMES NOW, Bedard Law Group, P.C. and hereby files its Notice of Appearance on behalf of the Defendant Yakim Manasseh Jordan.  Request is made that the Court, Plaintiff and counsel of record direct all further communication to the attention of the undersigned.

This 10th day of April 2017.    Respectfully submitted,

BEDARD LAW GROUP, P.C.

/s/ John H. Bedard, Jr.
John H. Bedard, Jr.
Georgia Bar No. 043473

2810 Peachtree Industrial Blvd, Suite D
Duluth, GA 30097
Phone:    (678) 253-1871
jbedard@bedardlawgroup.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| MICHAEL RYAN PEACOCK, | ) | |
| Individually and on behalf of all others | ) | |
| Similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action File No. |
| | ) | 1:16-CV-04353-MHC |
| YAKIM MANASSEH JORDAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 10, 2017, I electronically filed this Notice of Appearance using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

Michael Ryan Peacock
Michael@nhphlaw.com

Respectfully submitted,

/s/ John H. Bedard, Jr.
John H. Bedard, Jr.
Georgia Bar No. 043473