## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| MICHAEL RYAN PEACOCK, Individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action File No. 1:16-CV-04353-MHC |
| YAKIM MANASSEH JORDAN, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

### NOTICE OF INTENT TO RESPOND TO PENDING MOTIONS

COMES NOW, Yakim Manasseh Jordan, by and through the undersigned counsel and files this notice expressing its intention to respond to the pending motions even though service has not been properly perfected against this Defendant.

This 10th day of April 2017.          Respectfully submitted,

BEDARD LAW GROUP, P.C.

/s/ John H. Bedard, Jr.
John H. Bedard, Jr.
Georgia Bar No. 043473

2810 Peachtree Industrial Blvd, Suite D
Duluth, GA 30097
Phone:          (678) 253-1871
jbedard@bedardlawgroup.com

1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| MICHAEL RYAN PEACOCK,<br>Individually and on behalf of all others<br>Similarly situated, | ) <br> ) <br> ) <br> ) | |
|     Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | Civil Action File No.<br>1:16-CV-04353-MHC |
| YAKIM MANASSEH JORDAN, | ) <br> ) | |
|     Defendant.<br>_____ | ) <br> ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 10, 2017, I electronically filed this Notice of Intent To Respond To Pending Motions using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

Michael Ryan Peacock
Michael@nhphlaw.com

Respectfully submitted,

/s/ John H. Bedard, Jr.
John H. Bedard, Jr.
Georgia Bar No. 043473

2