IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL RYAN PEACOCK, )<br>Individually and on behalf of all others )<br>similarly situated, )<br>  )<br>  Plaintiffs, )<br>  )<br>v.   )<br>  )<br>YAKIM MANASSEH JORDAN, )<br>  )<br>  Defendant. )<br>_____ ) | Civil Action File No.<br>1:16-CV-04353-MHC |

## **ORDER**

This matter is before the Court on the Joint Motion of Plaintiff and Defendant to Open the Default in the above referenced matter. Upon review of the file, the joint request and consent of all parties, and other good cause shown it is hereby ORDERED

1. Defendant is deemed to have accepted and waived service of the Summons and Complaint effective April 12, 2017;

2. Defendant has waived any objection to this matter being properly venued in this Court, and shall not attempt to delay or stay the litigation of this matter for any reason;

3. Defendant shall file an answer or otherwise respond to the Complaint on or before April 21, 2017;

1

4. The Clerk's entry of default is hereby vacated and the case opened;

5. The Plaintiff's Motion for Entry of Default Judgment [Doc. 14] shall be considered withdrawn or otherwise denied as moot;

6. Within 10 days of the entry of this Order, Defendant shall deliver to Plaintiff the sum of $3,100.00 to compensate Plaintiff for the costs and attorney's fees incurred in connection with Plaintiff's effort to serve the Summons and Complaint on Defendant; and

7. Defendant shall have through and including May 8, 2017 to respond to the Plaintiff's Motion for Class Certification [Doc. 11].

So Ordered this 13th day of April, 2017.

_____
MARK H. COHEN
United Stated District Judge

2

Prepared by:

/s/ John H. Bedard, Jr.
John H. Bedard, Jr.
Georgia Bar No. 043473

2810 Peachtree Industrial Blvd, Suite D
Duluth, GA 30097
Phone: (678) 253-1871
jbedard@bedardlawgroup.com

*Counsel for the Defendant*