# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MICHAEL RYAN PEACOCK, Individually and on behalf of all others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>YAKIM MANASSEH JORDAN, )<br><br>Defendant. ) | Civil Action File No.<br>1:16-CV-04353-MHC |

## ORDER

Upon further review of the docket of this case and the scheduling order entered into on June 28, 2017 [Doc. 35], and upon the consent of all parties, the Court enters the following Order:

1. Plaintiff's Motion for Class Certification and for Appointment of Class Counsel [Doc. 11] is hereby **DENIED** without prejudice to refile said motion(s) following the close of the discovery period in this action.

2. The Court finds that good cause exists for extending the deadline imposed by Local Rule 23.1(B) for Plaintiff to move for class certification so that Plaintiff is not denied the ability to engage in precertification discovery necessary to determine the existence of a class. Consequently, the time for Plaintiff to file any

1

motion for class certification is hereby extended through and including the thirtieth (30th) day following the close of the discovery period.

3. Should Plaintiff file another motion for class certification, then the deadlines imposed by LR. 56.1 for filing motions for summary judgment shall be extended through and including the 21st day following entry of the Court's order on Plaintiff's class certification motion. If, however, Plaintiff does not file another motion for class certification, then Plaintiff shall comply with the deadlines identified in LR 56.1 for the filing of motions for summary judgment.

SO ORDERED this 21st day of July, 2017.

_____
MARK H. COHEN
Judge, U.S. District Court

Consented to and prepared by:


| NEY, HOFFECKER PEACOCK & HAYLE, LLC | BEDARD LAW GROUP, P.C. |
|---|---|
| /s/ Michael Ryan Peacock<br>Michael Ryan Peacock<br>Georgia Bar No. 001356<br>One Midtown Plaza, Suite 1010<br>1360 Peachtree Street, N.E.<br>Atlanta, GA 30309<br>Phone: (404) 760-7396<br>michael@nhphlaw.com | /s/ John H. Bedard, Jr.<br>John H. Bedard, Jr.<br>Georgia Bar No. 043473<br>Suite D<br>2810 Peachtree Industrial Blvd.<br>Duluth, GA 30097<br>Phone: (678) 253-1871<br>jbedard@bedardlawgroup.com |
| *Counsel for Plaintiff and the Putative Class* | *Counsel for the Defendant* |