**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |  |
|---|---|---|
| MICHAEL RYAN PEACOCK, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | NO. 1:16-cv-04353-MHC |
| YAKIM MANASSEH JORDAN, | ) ) ) | |
| Defendant. | ) | |

**AMENDED CERTIFICATE OF SERVICE OF DISCOVERY**

In accordance with LR 5.4, NDGa., Plaintiff hereby certifies that on the evening of August 11, 2017, he attempted to serve "**Plaintiff's Second Request for Production of Documents and Things**" and "**Plaintiff's First Requests for Admission**" on Defendant by having a courier leave said documents outside the entrance of Defendant's attorney's law office, which was closed, in an envelope addressed as follows:

        John H. Bedard, Jr.
        Michael K. Chapman
        BEDARD LAW GROUP, P.C.
        2810 Peachtree Industrial Blvd.
        Suite D
        Duluth, Georgia 30097

Additionally, also on the evening of August 11, 2017, Plaintiff sent courtesy copies of the aforementioned discovery by email to Defendant's counsel, addressed as follows:[1]

>John H. Bedard, Jr.
>jbedard@bedardlawgroup.com
>Michael K. Chapman
>mchapman@bedardlawgroup.com

Dated:  August 18, 2017      Respectfully submitted,

>s/ Michael Ryan Peacock
>Michael Ryan Peacock
>*Pro se* Plaintiff
>Georgia Bar No. 001356

NEY HOFFECKER PEACOCK & HAYLE, LLC
One Midtown Plaza, Suite 1010
1360 Peachtree Street N.E.
Atlanta, Georgia 30309
404-760-7396
470-225-6646 Fax
michael@nhphlaw.com

---

[1] However, neither Defendant nor his counsel have consented to service by electronic means as contemplated by Rule 5(b)(2)(E).

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2017, I electronically filed **Plaintiff's Amended Certificate Of Service Of Discovery** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

>John H. Bedard, Jr.
>jbedard@bedardlawgroup.com
>Michael K. Chapman
>mchapman@bedardlawgroup.com

Dated:  August 18, 2017        Respectfully submitted,

>s/ Michael Ryan Peacock
>Michael Ryan Peacock
>*Pro se* Plaintiff
>Georgia Bar No. 001356

NEY HOFFECKER PEACOCK & HAYLE, LLC
One Midtown Plaza, Suite 1010
1360 Peachtree Street N.E.
Atlanta, Georgia 30309
404-760-7396
470-225-6646 Fax
michael@nhphlaw.com