## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |  |
|---|---|---|
| **MICHAEL RYAN PEACOCK,** | ) | |
| **Individually and On Behalf of All** | ) | |
| **Others Similarly Situated,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **CIVIL ACTION** |
| | ) | |
| **v.** | ) | **NO.  1:16-cv-04353-MHC** |
| | ) | |
| **YAKIM MANASSEH JORDAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>CERTIFICATE OF SERVICE OF DISCOVERY</u>

In accordance with LR 5.4, NDGa., Plaintiff hereby certifies that on August 18, 2017, he served "**Plaintiff's Second Request for Production of Documents and Things**" and "**Plaintiff's First Requests for Admission**" on Defendant by depositing copies of same in the United States Mail, with first class postage affixed thereto, properly addressed as follows:

John H. Bedard, Jr. M
Michael K. Chapman
Bedard Law Group, P.C.
2810 Peachtree Industrial Blvd.
Suite D
Duluth, Georgia 30097

Dated:  August 18, 2017                    Respectfully submitted,

                                           s/ Michael Ryan Peacock
                                           Michael Ryan Peacock
                                           Pro se Plaintiff
                                           Georgia Bar No. 001356

NEY HOFFECKER PEACOCK & HAYLE, LLC
One Midtown Plaza, Suite 1010
1360 Peachtree Street N.E.
Atlanta, Georgia 30309
404-760-7396
470-225-6646 Fax
michael@nhphlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 18, 2017, I electronically filed **Plaintiff's Certificate Of Service Of Discovery** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

> John H. Bedard, Jr.
> jbedard@bedardlawgroup.com
> Michael K. Chapman
> mchapman@bedardlawgroup.com

Dated:  August 18, 2017                    Respectfully submitted,


<u>s/ Michael Ryan Peacock</u>
Michael Ryan Peacock
Pro se Plaintiff
Georgia Bar No. 001356

NEY HOFFECKER PEACOCK & HAYLE, LLC
One Midtown Plaza, Suite 1010
1360 Peachtree Street N.E.
Atlanta, Georgia 30309
404-760-7396
470-225-6646 Fax
michael@nhphlaw.com